IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH JAMES PATTERSON,** : | |
| : | |
| **Plaintiff,** : | |
| **vs.** : | |
| : | **CIVIL ACTION 07-0489-CG-M** |
| **DEBBIE BECK, et al,** : | |
| : | |
| **Defendants.** : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 18th day of October, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE